# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-2178

**Caption [use short title]**

**Motion for:** Two-week extension of time to file plaintiff-appellant's reply brief

Set forth below precise, complete statement of relief sought:

A two week extension of time to file plaintiff-appellant's reply brief, thereby making the brief due May 23, 2023

Counsel for defendant-appellee consents to the request.

People v. Niagara-Wheatfield Central School Dis[trict]

**MOVING PARTY:** Plaintiff-Appellant   **OPPOSING PARTY:** Defendant-Appellee

[✔] Plaintiff   [ ] Defendant
[✔] Appellant/Petitioner   [ ] Appellee/Respondent

**MOVING ATTORNEY:** Alexandria Twinem   **OPPOSING ATTORNEY:** Daniel R. Le Cours

[name of attorney, with firm, address, phone number and e-mail]

New York State Office of the Attorney General | Harris Beach
The Capitol, Albany, NY 12224 | 677 Broadway, Suite 1101, Albany, NY 12207
(518) 776-2042, Alexandria.Twinem@ag.ny.gov | (518) 701-2749, dlecours@harrisbeach.comm

**Court- Judge/ Agency appealed from:** U.S. District Court for the Western District of New York (Sinatra, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✔] Yes   [ ] No (explain):_____

Opposing counsel's position on motion:
[✔] Unopposed   [ ] Opposed   [ ] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes   [✔] No   [ ] Don't Know

Is oral argument on motion requested?   [ ] Yes [✔] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   [ ] Yes [✔] No   If yes, enter date:_____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   [ ] Yes [ ] No
Has this relief been previously sought in this court?   [ ] Yes [ ] No
Requested return date and explanation of emergency: _____

**Signature of Moving Attorney:**

/s/ Alexandria Twinem   **Date:** May 1, 2023   Service by: [✔] CM/ECF   [ ] Other [Attach proof of service]

**Form T-1080** (rev.12-13)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES, NEW YORK STATE ATTORNEY GENERAL,

        Plaintiff-Appellant,

v.

NIAGARA-WHEATFIELD CENTRAL SCHOOL DISTRICT,

        Defendant-Appellee.

Docket No. 22-2178

**DECLARATION IN SUPPORT OF APPELLANT'S MOTION FOR AN EXTENSION OF TIME**

ALEXANDRIA TWINEM, being an attorney duly admitted to the bar in the courts of New York, hereby affirms the following to be true under penalties of perjury:

1. I am a member of the Bar of this Court and an Assistant Solicitor General in the Office of LETITIA JAMES, Attorney General of the State of New York. I represent appellant in this matter and make this declaration in support of a motion for a two-week extension of time to file appellant's reply brief to Wednesday, May 23, 2023.

2. Appellant's reply brief is currently due May 9, 2023.

3. Due to the press of unanticipated business, I need additional time to satisfactorily complete the reply brief. This business includes preparing and appearing for an oral argument this week that I had reason to believe would not proceed. It also includes preparing a brief in a case in which this Court has set expedited filing deadlines, in which the parties have been seriously exploring the possibility of settlement, but in which such settlement does not now appear likely to be completed before the brief is due.

4. In addition, Second Circuit briefs filed by the Attorney General's Office typically are reviewed by my supervisors, including a Deputy Solicitor General and the Solicitor General herself. The additional time will ensure adequate time for these reviews.

5. Counsel for defendant-appellee consents to this request for extension of time.

6. Therefore, I respectfully request that this Court grant an extension of the deadline for appellant to file its brief, to May 23, 2023.

Dated: Albany, New York
May 1, 2023

/s/ *Alexandria Twinem*
ALEXANDRIA TWINEM
Assistant Solicitor General