# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of October, two thousand twenty-four.

Before:  José A. Cabranes,
         Robert D. Sack,
         Sarah A. L. Merriam,
              *Circuit Judges*.

---

People of the State of New York by Letitia James, New York State Attorney General,

    Plaintiff - Appellant,

v.

Niagara-Wheatfield Central School District,

    Defendant - Appellee.

**JUDGMENT**

Docket No. 22-2178

---

The appeal in the above captioned case from a judgment of the United States District Court for the Western District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is REVERSED, and the case is REMANDED for further proceedings consistent with this Court's opinion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit